## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| ALLAN RAMSAY, *as Administrator of the Estate of James Cress,* : : : : Plaintiff, : : v. : : FIELDALE FARMS CORPORATION, : : Defendant. : | CIVIL ACTION NO: 3:20-cv-00129-CAR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Allan Ramsay, ("Plaintiff") and Fieldale Farms Corporation ("Defendant"), hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate that all claims, disputes, and controversies between Plaintiff and Defendant are dismissed, with prejudice, and that each party shall bear their own attorney's fees, costs, and expenses of litigation.

Respectfully submitted this 9th day of February 2022.

| | |
|---|---|
| */s/ Marissa R. Torgerson* | */s/Elizabeth M. Newton* |
| Marissa R. Torgerson | Elizabeth M. Newton |
| Georgia Bar No. 848356 | Georgia Bar No. 975191 |
| mrtorgerson@law-llc.com | enewton@hgrslaw.com |
| Eleanor M. Attwood | Warren R. Hall Jr. |
| Georgia Bar No. 514014 | Georgia Bar No. 319405 |
| ematwood@law-llc.com | whall@hgrslaw.com |
| LEGARE, ATTWOOD & WOLFE, LLC | HALL, GILLIGAN, ROBERTS & SHANLEVER, LLP |
| Decatur Town Center Two | 3340 Peachtree Road NE |
| 125 Clairemont Avenue | Suite 1900 |
| Suite 380 | Atlanta, GA 30326 |
| Decatur, GA 30030 | Phone: (404) 442-8776 |
| Phone: (470) 823-4000 | Facsimile: (404) 537-5555 |
| Facsimile: (470) 201-1212 | |

*Counsel for Plaintiff*

*Counsel for Defendant.*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

ALLAN RAMSAY, *as Administrator of the Estate of James Cress*,

    Plaintiff,

v.

FIELDALE FARMS CORPORATION,

    Defendant.

CIVIL ACTION NO:

3:20-cv-00129-CAR

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022 I electronically filed with the Clerk of Court the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    Warren R. Hall, Jr.
    whall@hgrslaw.com
    Elizabeth M. Newton
    enewton@hgrslaw.com
    Clayton Franklin
    cfranklin@fieldale.com

                                    */s/ Marissa R. Torgerson*
                                    Marissa R. Torgerson
                                    Georgia Bar No. 848356